Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–16887–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bridget M. Capestro
  18 Nicole Court
  Freehold, NJ 07728

Social Security No.:
  xxx–xx–8489

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        6/12/18
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 7, 2018
JAN: vpm

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-16887-MBK
Bridget M. Capestro                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 1             Date Rcvd: May 07, 2018
                              Form ID: 132                Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db             +Bridget M. Capestro,    18 Nicole Court,    Freehold, NJ 07728-9541
517440932      #+Bank of America,    64 Main Street,    Farmingdale, NJ 07727-1325
517440933       CentraState Medical Center,    c/o A-1 Collection Service,    2297 Highway 22,   Suite 906,
                 Trenton, NJ 08690
517440935      +Medical Tidal Emergency Physicians,    c/o Avante USA,   3600 South Gessner,   Suite 225,
                 Houston, TX 77063-5357
517440937      +Peter Capestro,   18 Nicole Court,    Freehold, NJ 07728-9541
517440940      +The Bank of New York Mellon,    c/o KML Law Group,    216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:02      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517440934      +E-mail/Text: bnc-capio@quantum3group.com May 07 2018 23:46:58
                 Jersey Shore University Medical Center,    PO Box 3209,   Sherman, TX 75091-3209
517440936      +E-mail/Text: bnc@nordstrom.com May 07 2018 23:46:33      Nordstrom Card Services,
                 1617 6th Avenue,   Seattle, WA 98101-1707
517440939       E-mail/PDF: gecsedi@recoverycorp.com May 07 2018 23:40:58      SYNCB/Care Credit,
                 PO Box 965036,   Orlando, FL 32896-5036
517441923      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2018 23:42:20      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517440938*     +Peter Capestro,   18 Nicole Court,    Freehold, NJ 07728-9541
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Eugene D. Roth    on behalf of Debtor Bridget M. Capestro erothesq@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A.,
               f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of
               the Certificateholders of Multi-Class Mortgage Pass-Thr kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```