**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

EUGENE D. ROTH, ESQUIRE - 4239
VALLEY PARK EAST
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288

Attorney for Debtor

In Re:

BRIDGET M. CAPESTRO,
　　　　　　　Debtor

**Order Filed on March 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 　　18-16887　　

Judge: 　　Michael B. Kaplan　　

Chapter: 　　13　　

Recommended Local Form:　　☑ Followed　　☐ Modified

# ORDER AUTHORIZING
## RETENTION OF  Sean Bremer Coldwell Bank, Realtor

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 5, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Bridget M. Capestro

Case No.: 18-16887-MBK

Applicant: Debtor

(check all that apply)
- ☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.
- ☑ Debtor: ☐ Chap. 11 ☑ Chap. 13
- ☐ Official Committee of _____

Name of Professional: Sean Bremer

Address of Professional: Coldwell Bank
2340 Rte. 9 South
Howell, NJ 07731

- ☐ Attorney for (check all that apply):
  - ☐ Trustee ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Accountant for:
  - ☐ Trustee ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Other Professional:
  - ☑ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer
  - ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Bridget M. Capestro  
     Debtor

Case No. 18-16887-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 05, 2019  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.  
db         +Bridget M. Capestro,    18 Nicole Court,    Freehold, NJ 07728-9541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:

         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of Multi-Class Mortgage Pass-Thr dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eugene D. Roth    on behalf of Debtor Bridget M. Capestro erothesq@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of Multi-Class Mortgage Pass-Thr kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                  TOTAL: 5