Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–16887–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bridget M. Capestro
   18 Nicole Court
   Freehold, NJ 07728

Social Security No.:
   xxx–xx–8489

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/9/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 10, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-16887-MBK
Bridget M. Capestro                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jul 10, 2019
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db             +Bridget M. Capestro,    18 Nicole Court,    Freehold, NJ 07728-9541
r              +Coldwell Banker,    Attn: Sean Bremer,   2340 Route 9 South,    Howell, NJ 07731-4016
517440933       CentraState Medical Center,   c/o A-1 Collection Service,   2297 Highway 22,   Suite 906,
                 Trenton, NJ 08690
517440937      +Peter Capestro,   18 Nicole Court,   Freehold, NJ 07728-9541
517440940      +The Bank of New York Mellon,   c/o KML Law Group,   216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2019 00:47:39     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2019 00:47:36     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517440934      +EDI: CAPIO.COM Jul 11 2019 04:18:00     Jersey Shore University Medical Center,   PO Box 3209,
                 Sherman, TX 75091-3209
517440935      +E-mail/Text: paymentprocessing@avanteusa.com Jul 11 2019 00:46:12
                 Medical Tidal Emergency Physicians,   c/o Avante USA,   3600 South Gessner,   Suite 225,
                 Houston, TX 77063-5357
517440936      +E-mail/Text: bnc@nordstrom.com Jul 11 2019 00:46:59     Nordstrom Card Services,
                 1617 6th Avenue,   Seattle, WA 98101-1707
517564728       EDI: PRA.COM Jul 11 2019 04:18:00     Portfolio Recovery Associates, LLC,   c/o Care Credit,
                 POB 41067,   Norfolk VA 23541
517527215       EDI: Q3G.COM Jul 11 2019 04:18:00     Quantum3 Group LLC as agent for,   CF Medical LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
517440939       EDI: RMSC.COM Jul 11 2019 04:18:00     SYNCB/Care Credit,   PO Box 965036,
                 Orlando, FL 32896-5036
517592631       E-mail/Text: jennifer.chacon@spservicing.com Jul 11 2019 00:48:22
                 Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
517441923      +EDI: RMSC.COM Jul 11 2019 04:18:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517440938*     +Peter Capestro,   18 Nicole Court,   Freehold, NJ 07728-9541
517440932     ##+Bank of America,   64 Main Street,   Farmingdale, NJ 07727-1325
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo   docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., f/k/a
           The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the
           Certificateholders of Multi-Class Mortgage Pass-Thr dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eugene D. Roth    on behalf of Debtor Bridget M. Capestro erothesq@gmail.com

```
District/off: 0312-3           User: admin              Page 2 of 2            Date Rcvd: Jul 10, 2019
                               Form ID: 148             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of Multi-Class Mortgage Pass-Thr kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of Multi-Class Mortgage Pass-Thr rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                                                                                     TOTAL: 7