Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–16887–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Bridget M. Capestro
　18 Nicole Court
　Freehold, NJ 07728

Social Security No.:
　xxx–xx–8489

Employer's Tax I.D. No.:

---

**FINAL DECREE**

　The estate of the above named debtor(s) has been fully administered.

　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 16, 2019</u>　　　　　　　<u>Michael B. Kaplan</u>
　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court